FILED
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RAMON OLIVAS-SANCHEZ, Defendant. | Criminal Case No. 08CR0813-BEN<br>**I N F O R M A T I O N**<br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about 4/2006, within the Southern District of California, defendant RAMON OLIVAS-SANCHEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on November 5, 1998 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the

//

WDK:mg:San Diego
2/27/08

District of Oregon; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 2

On or about February 19, 2008, within the Southern District of California, defendant RAMON OLIVAS-SANCHEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on November 5, 1998 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the District of Oregon; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: March 20, 2008.

KAREN P. HEWITT
United States Attorney

for DOUGLAS KEEHN
Assistant U.S. Attorney