13

AO 455(Rev. 5/85) Waiver of Indictment

FILED

MAR 20 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RAMON OLIVAS-SANCHEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0813-BEN

I, RAMON OLIVAS-SANCHEZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on March 20, 08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Ramon Olivas S.
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER